# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN ANTHONY CASTRO** | : | **CASE NO.  3:18-CV-00081-WHR** |
| | | **Judge Walter H. Rice** |
| Plaintiff, | : | |
| v. | : | **MOTION OF DEFENDANTS TO VACATE AND RESCHEDULE THE PRELIMINARY TELEPHONE PRETRIAL CONFERENCE** |
| **THEODORE GUDORF, et al.** | : | |
| | : | |
| Defendants | | |
| | : | |

This action was initially filed in the Northern District of Texas and transferred to this Court, but subsequent to that transfer no attorney qualified to practice before this Court per Local Rule 83.3 has appeared in this action on behalf of Plaintiff nor has the undersigned been contacted by any such attorney.  Accordingly, Defendants have been unable to undertake either the mandatory disclosures required by Fed. R. Civ. P. 26(a)(1) or the pre-preliminary pretrial conference between counsel required by Fed. R. Civ. P. 26(f).  Therefore, Defendants respectfully request that the preliminary telephone conference currently scheduled for next Tuesday, June 19, 2018 be vacated and rescheduled once Plaintiffs obtain appropriate representation so that the requirements of Rule 26 can be fulfilled prior to the conference.

                                                Respectfully Submitted:

                                                /s/ JARED A. WAGNER
                                                Jane M. Lynch (0012180)
                                                Jared A. Wagner (0076674)
                                                Green & Green, Lawyers
                                                800 Performance Place
                                                109 North Main Street
                                                Dayton, Ohio 45402-1290
                                                Tel.   937.224.3333
                                                Fax   937.224.4311
                                                jmlynch@green-law.com
                                                jawagner@green-law.com
                                                *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing has been served upon counsel for plaintiff, Joshua S. Milam, Castro & Co., LLC, 13155 Noel Road, Suite 900, Dallas, TX 75240 through the Court's electronic filing system on this the 12th day of June 2018.

      /s/ JARED A. WAGNER
      Jared A. Wagner (0076674)