IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:18-cv-81 |
| THEODORE GUDORF, *et al.*, | | JUDGE WALTER H. RICE |
| Defendants. | : | |

DECISION AND ENTRY SUSTAINING DEFENDANTS' MOTION TO VACATE PRELIMINARY TELEPHONE PRETRIAL CONFERENCE AND DISMISS THIS ACTION (DOC. #12); DISMISSING CASE WITHOUT PREJUDICE FOR WANT OF PROSECUTION; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

On September 17, 2018, the Court issued a Show Cause Order, directing Plaintiff to show cause in writing why Defendants' Motion to Vacate Preliminary Telephone Pretrial Conference and Dismiss this Action, Doc. #12, should not be granted, and why this action should not be dismissed for want of prosecution.

Plaintiff has wholly failed to respond to the Show Cause Order. Accordingly, the Court SUSTAINS Defendants' Motion, Doc. #12, and DISMISSES the case WITHOUT PREJUDICE for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 25, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE